**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: INTERNATIONAL MARINE, LLC
as owner of the M/V International Titan

CIVIL ACTION

NO. 07-6424
REF: ALL CASES

SECTION: L

J U D G M E N T

Considering the Court's Findings of Fact & Conclusions of Law entered herein on May 1, 2009, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff/claimant, Paul Duet, and against defendant/petitioner in limitation, International Marine, LLC as owner of the M/V International Titan, in the amount of Six Hundred Nine Thousand, One Hundred Thirty-Seven and 83/100 ($609,137.83) Dollars, which sum represents $58,242.60 in past lost wages; $18,694.00 in past medical expenses; $48,750.00 in past pain and suffering; $171,451.23 in future wage losses; $117,000.00 in future medical expenses and $300,000.00 in future pain and suffering, plus pre-judgment interest at the rate of 5.5% on the above past losses, totaling $125,686.60, from the date of the collision until paid and interest at the legal rate on the above future damages, totaling $483,451.23, from the date of judgment until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Seacor Marine, LLC, and against defendant/petitioner in limitation, International Marine, LLC as owner of the M/V International Titan, in the amount of Forty-Eight

Thousand, Two Hundred Ninety and 50/100 ($48,290.50) Dollars, plus interest at the legal rate from the date of judgment until paid. Each party shall bear its own costs.

New Orleans, Louisiana, this 29th day of May, 2009.

Eldon E. Fallon

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**